ALLISON JAMES v. PIEDMONT PUBLISHING COMPANY.

(Filed 1 November, 1967.)

**Appeal and Error § 46—**

Where the Supreme Court is evenly divided in opinion, one Justice not sitting, the judgment of the lower court will be affirmed without becoming a precedent.

APPEAL by plaintiff from *Gambill, J.,* 2 January 1967 Session of FORSYTH.

Civil action against the defendant for libel.

From a judgment sustaining a demurrer *ore tenus* filed to the complaint, plaintiff appeals.

*Harold R. Wilson for plaintiff appellant.*

*Womble, Carlyle, Sandridge & Rice by W. P. Sandridge, Irving E. Carlyle and Linwood L. Davis for defendant appellee.*

PER CURIAM. The Court being evenly divided in opinion, three members of the Court being of opinion that the demurrer should be sustained and three members of the Court being of opinion that the demurrer should be overruled, Justice I. Beverly Lake taking no part in the consideration or decision of the case, the judgment of the lower court is affirmed after the manner of the usual practice of appellate courts in such cases and stands as the decision in this case without becoming a precedent. *Parrish v. Publishing Co., ante,* 711, 157 S.E. 2d 334, and cases therein cited.

Affirmed.